UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

UBALDO CASTANEDA TAPIA,

    Defendant.
_____/

Case no. 14-20594

Hon. John Corbett O'Meara

FILED
JAN 20 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

### Order Regarding Trial Date and Finding Excludable Delay Under the Speedy Trial Act

In light of the "Government's Motion to Continue Trial Date and for Finding of Excludable Delay Under the Speedy Trial Act," the Court orders the following: The trial will be continued from February 3, 2015, until March 9, 2015. The continuance is required because: [A] defense counsel needs time to review the discovery materials, [B] government counsel will be involved in a trial starting January 27, 2015, and [C] the complexity of the case. Pursuant to the Speedy Trial Act, the Court finds the ends of justice to be served by continuing the trial outweigh the best interests of the public and the defendant in a speedy trial, and failure to grant a continuance would likely result in a miscarriage of justice, see 18 U.S.C. 3161(h)(7)(A); 18 U.S.C. 3161(h)(7)(B). Accordingly, the time period from February 3, 2015 (the previous trial date), until March 9, 2015 (the new trial

date) shall be excluded from computation under the Speedy Trial Act. The Plea Cutoff date shall be February 23, 2015.

SO ORDERED.

Date: January 20, 2015

John Corbett O'Meara
United States District Judge